9 F.3d 977
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
Stella FIELDS, Jerry Scott, Jr.; Anthony Stone; David
Harris; Joy Harris; Linda Harris; Loni Harris; Elton L.
Ramos; Robert E. Raymos; Robert E. Raymos, II; Donald
Ramos; Robert Ramos; William L. Raymos; Guy Franklin
Raymos; Jack Raymos; Kathleen Sue Raymos; Marla Louise
Raymos; Grant Thomas; Jack Thomas; Bernard Unhassobiscay;
Catherine Unhassobiscay; Gracienne Unhassobiscay; Jean
Baptiste Unhassobiscay; Sarah Unhassobiscay; Joseph
Weldon; Lena Weldon; Lila Weldon; Ray Weldon; Jenny
Freeman; Rita Moore Anderson; Ann Marie Lee; Eugene
Peterson; Josephine Peterson; Candace Marchant; Howard
Marchant; Richard Marchant; Lisa Esponda; Angelina
Whiterock; Donald L. Davis, Ronald L. Davis, Lorene
Walters; James Chavez and George Ross, Plaintiffs-Appellants,
and
Lindsey Barlen Rogers and Clara Howell, Plaintiffs,
v.
UNITED STATES of America, Manual Lujan, Jr., individually
and as Secretary of the Interior of the United States of
America; Ken Smith individually and as Assistant Secretary
of Interior for Indian Affairs; James H. Stevens,
individually and as Area Director of Bureau of Indian
Affairs; ROBERT HUNTER, individually and as Superintendent
of Western Nevada Agency, Defendants-Appellees.
 No. 92-1514.
 United States Court of Appeals, Federal Circuit.
 July 21, 1993.
 
 1
 APPEAL DISMISSED.
 
 ON MOTION
 ORDER
 
 2
 Upon consideration of the unopposed motion of Stella Fields et al. to voluntarily dismiss their appeal,
 
 IT IS ORDERED THAT:
 
 3
 (1) The motion is granted and the appeal is dismissed.
 
 
 4
 (2) Each side shall bear its own costs.